**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6102

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

DAVID WRIGHT,

          Defendant - Appellant.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior
District Judge.  (6:05-cr-01163-HMH-1)

Submitted:  April 26, 2012         Decided:  May 1, 2012

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Wright, Appellant Pro Se.  Isaac Louis Johnson, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Leesa Washington,
Assistant United States Attorney, Greenville, South Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Wright appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion and the court's January 4, 2012, oral order denying his motion to reconsider. We have reviewed the record and find no abuse of discretion by the district court. See Sloas v. CSX Transp., Inc., 616 F.3d 380, 388 (4th Cir. 2010) (providing abuse of discretion standard for review of Fed. R. Civ. P. 59(e) denial of motion to reconsider); United States v. Munn, 595 F.3d 183, 186 (4th Cir. 2010) (providing abuse of discretion review standard for denial of motion to reduce sentence under § 3582(c)(2)). Accordingly, we affirm. United States v. Wright, No. 6:05-cr-01163-HMH-1 (D.S.C. Dec. 5, 2011 & Jan. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED